ACCEPTED
03-16-00540-cv
13848848
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 1:29:35 PM
JEFFREY D. KYLE
CLERK

No. 03-16-00540-CV

IN THE
COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 1:29:35 PM
JEFFREY D. KYLE
Clerk

THE HONORABLE JOHN FISHER, JEFF DANIELL, SHEILA
CUNNINGHAM, AND THE C.L. DOCKREY TRUST,

Appellants,

v.

THE PUBLIC UTILITY COMMISSION OF TEXAS; THE CHISHOLM TRAIL
SPECIAL UTILITY DISTRICT; AND THE CITY OF GEORGETOWN, TEXAS,

Appellees.

From the 201st Judicial District Court of
Travis County, Texas

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS FOR THE
THIRD DISTRICT OF TEXAS:

Appellees The Chisholm Trail Special Utility District and the City of
Georgetown, Texas in the above styled and numbered cause, and pursuant to Tex.
R. App. P. 10.5(b), move that the Court extend the time for Appellees to file their
Appellees' Brief and respectfully show as follows:

I. **CERTIFICATE OF CONFERENCE**

The undersigned counsel certifies and represents to the Court that counsel
for Appellants The Honorable John Fisher, Jeff Daniell, Sheila Cunningham, and

The C.L. Dockrey Trust have indicated that they do not oppose this motion to extend time. Counsel for Appellee the Public Utility Commission of Texas have also indicated that they do not oppose this motion.

## II. CURRENT DEADLINE, EXTENSION REQUESTED, REASONS FOR REQUEST AND PREVIOUS EXTENSIONS GRANTED

A. <u>Current Due Date</u>:

Appellants Honorable Jeff Fisher, Jeff Daniell, Sheila Cuningham, and the C.L. Dockrey Trust filed their Appellants' Brief on October 21, 2016. Accordingly, Appellees' Brief is due November 21, 2016.

B. <u>Extension Requested</u>:

Appellees request an extension to December 14, 2016, which is an extension of twenty-three (23) days.

C. <u>Reasons for Request</u>:

Because counsel for Appellee the Public Utility Commission of Texas informed counsel that they are requesting an extension, the purpose of this request is to align all Appellees' due dates. This request for extension is not made for the purpose of delaying these proceedings, but is made so that justice may be done.

D. <u>Previous Extensions Granted</u>:

Appellees have been granted no previous extensions.

### III.    <u>CONCLUSION AND PRAYER</u>

For the foregoing reasons, Appellees The Chisholm Trail Special Utility District and the City of Georgetown, Texas request that this Court grant this Unopposed Motion for Extension of Time, extending the deadline for Appellees to file their response brief to December 14, 2016.

Dated: November 17, 2016

Respectfully submitted,

**LLOYD GOSSELINK**
  **ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, Texas  78701
Telephone:   (512) 322-5800
Facsimile:    (512) 472-0532


By:    */s/ Jose E. de la Fuente*
        JOSE E. de la FUENTE
        State Bar No. 00793605
        jdelafuente@lglawfirm.com

        LAMBETH TOWNSEND
        State Bar No. 20167500
        ltownsend@lglawfirm.com

        ASHLEY D. THOMAS
        State Bar No. 24090430
        athomas@lglawfirm.com

**ATTORNEYS FOR APPELLEES**
**THE CHISHOLM TRAIL SPECIAL**
**UTILITY DISTRICT, AND THE CITY**
**OF GEORGETOWN**

Art Rodriguez
Texas Bar No. 00791551
Russell & Rodriguez, L.L.P.
1633 Williams Drive, Building 2, Suite 200
Georgetown, Texas  78628
Telephone:   (512) 930-1317
Facsimile:    (866) 929-1641
arodriguez@txadminlaw.com

**ATTORNEY FOR APPELLEE**
**THE CITY OF GEORGETOWN**

4

Leonard Dougal
State Bar. No. 06031400
JACKSON WALKER L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas  78701
Telephone:   (512) 236-2000
Facsimile:    (512) 236-2002
ldougal@jw.com

**ATTORNEY FOR APPELLEES
THE CHISHOLM TRAIL SPECIAL
UTILITY DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to the following counsel of record, in accordance with the Texas Rules of Appellate Procedure, via electronic transmission on this 17th day of November, 2016:

James P. Allison (j.allison@allison-bass.com)
J. Eric Magee (e.magee@allison-bass.com)
Phillip Ledbetter (p.ledbetter@allison-bass.com)
Allison, Bass & Magee, L.L.P.
A.O. Watson House
402 West 12th Street
Austin, Texas  78701

Art Rodriguez (arodriguez@txadminlaw.com)
Kerry E. Russell (krussell@txadminlaw.com)
Russell & Rodriguez, L.L.P.
1633 Williams Drive, Building 2, Suite 200
Georgetown, Texas  78628-3659

Breck Harrison (bharrison@jw.com)
Leonard Dougal (ldougal@jw.com)
Jackson Walker, L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas  78701

Daniel C. Wiseman (Daniel.wiseman@texasattorneygeneral.gov)
Office of the Texas Attorney General
Environmental Protection Division
P. O. Box 12548 (MC-066)
Austin, Texas  78711-2548

Sam Chang (sam.chang@puc.texas.gov)
Staff Attorney
Public Utility Commission of Texas
Legal Division
1701 North Congress Avenue
Austin, Texas  78711-3326


/s/ Jose E. de la Fuente
JOSE E. de la FUENTE

884/40/7215155